ISAAC M. ADAMS, Appellant, *v.* CHARLES M. SPEELMAN, Respondent.

(Argued March 13, 1891; decided April 7, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, in favor of defendant, entered upon an order made the first Tuesday of June, 1890, which affirmed an order denying a motion for a new trial and directed a judgment upon a verdict.

*William F. Cogswell* for appellant.

*Charles S. Baker* for respondent.

Agree to affirm ; no opinion.
All concur, except PARKER, J., not sitting.
Judgment affirmed.